People v Page (2026 NY Slip Op 00211)

People v Page

2026 NY Slip Op 00211

Decided on January 15, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 15, 2026

Before: Kern, J.P., Scarpulla, Kapnick, Shulman, Hagler, JJ. 

Ind No. 75273/22, 73610/23|Appeal No. 5619-5620|Case No. 2024-06774 , 2024-06788|

[*1]The People of the State of New York, Respondent,
vKyhree Page, Defendant-Appellant. 

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Judgments, Supreme Court, New York County (Marisol Martinez Alonso, J.), rendered October 28, 2024, convicting defendant, upon his pleas of guilty, of two counts of robbery in the third degree, and sentencing him to a jail term of 6 months and a split sentence of 6 months in jail and 5 years of probation, to run consecutively, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing on the conviction under indictment Number 75273/22, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing under indictment No. 75273/22 (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief. There is no basis for similar relief as to the conviction under indictment
Number 73610/23, because that crime was committed when defendant was more than
21 years old.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 15, 2026